IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 5:99cr15-SPM

FELIPE JAIMES,

    Defendant.
_____/

## **ORDER**

THIS CAUSE comes before the Court on two letters filed by Defendant Felipe Jaimes, which have been treated as a motion to obtain copies of the judgment and commitment order and to prohibit interference with mail (doc. 1652) and a motion to prohibit the Federal Bureau of Prisons from moving Defendant to another facility (doc. 1656).  For the following reasons the motions will be denied.

1.    Defendant should have access to his judgment and commitment order in accordance with the procedures set out in Bureau of Prisons Program Statement No. 1351.05.

2.    Defendant has stated no valid grounds that would allow the Court

to prohibit his transfer. Accordingly, it is

ORDERED AND ADJUDGED: Defendant's motions (docs. 1652 and 1656) are denied.

DONE AND ORDERED this 17th day of September, 2009.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge