IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO. 5:99cr15-SPM

FELIPE GUERRA JAIMES,

    Defendant.
_____/

## ORDER DENYING MOTIONS AND CERTIFICATE OF APPEALABILITY

THIS CAUSE comes before the Court on three documents filed by Defendant Felipe Guerra Jaimes:

Doc. 1699[1]   File Motion for New Trial and Motion to Alter or Amend the Judgment and or Alternative Motion to Amend for Making Additional Findings Pursuant to Fed.R.Civ.P. 59, 52(b). and Rule 58(a)

Doc. 1700   File Judg Disqualification Motion and Nunc Pro Tunc Notice of Appeal and Stay the Execution Order

Doc. 1701   Motion to Spand the Record and Amend Notice of Appeal and to Consolidate Appeals Motion Pursuant to Fed.R.Civ.P. Rule 12(b)(2)(3), and (B). and Rule 7(a) (b).

The documents are incomprehensible and Defendant has not

---

[1] The motion appears to be the same as doc. 1698, except the attachments are different. The clerk of court has treated doc. 199 as an amended version of doc. 1698.

demonstrated an entitlement to relief.  Defendant should stop filing motions challenging his conviction and sentence because the time to do so, either through direct appeal or a 2255 motion, has long since expired.  Accordingly, it is

ORDERED AND ADJUDGED:

1. Defendant's requests for relief (docs. 1699, 1700, 1701) are denied.

2. No certificate of appealability (doc. 1702) will be issued because Defendant has failed to make a substantial showing of a denial of a constitutional right.

DONE AND ORDERED this 23rd day of August, 2010.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge