IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 5:99cr15-SPM

FELIPE GUERRA JAIMES,

    Defendant.
_____/

## ORDER

THIS CAUSE comes before the Court for consideration of Defendant Felipe Guerra Jaimes' motion entitled "File Notice of Appeal and Bail Bond Motion and Stay the Court Judgement Pursuant to Fed R. App. Rule 10(b)(3)(A). and Fed. R. App. R. Rule 26(b). Doc. 1709. Defendant is not entitled to release on bail or a stay of his criminal judgment. Defendant has not demonstrated that he is entitled to free copies of transcripts and court records. Accordingly, it is

ORDERED AND ADJUDGED that the motion (doc. 1709) is denied.

DONE AND ORDERED this 13th day of September, 2010.

        *s/ Stephan P. Mickle*
        Stephan P. Mickle
        Chief United States District Judge