IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 5:99cr15-SPM

FELIPE JAIMES,

    Defendant.
_____/

**ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS AND MOTION FOR CERTIFICATE OF APPEALABILITY**

THIS CAUSE comes before the Court on Defendant's motion for leave to appeal in forma pauperis (doc. 1711) and motion for certificate of appealability (doc. 1712). This Court has previously denied a certificate of appealability to Defendant. See doc. 1704. Leave to proceed in forma pauperis is denied because the appeal is frivolous. Accordingly, it is

ORDERED AND ADJUDGED: the motion for leave to appeal in forma pauperis (doc. 1711) and motion for certificate of appealability (doc. 1712) are denied.

DONE AND ORDERED this 15th day of September, 2010.

                    *s/ Stephan P. Mickle*
                    Stephan P. Mickle
                    Chief United States District Judge