IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.                                                                    CASE NO. 5:99cr15-SPM

FELIPE GUERRA JAIMES,

         Defendant.

_____/

## ORDER DENYING MOTION AND CERTIFICATE OF APPEALABILITY

THIS CAUSE comes before the Court on Defendant's Petition for Permission to Appeal and Motion to Order Court Transcript and Motion to Forwarding the Record of Appeal and Reopening the Time to File Appeal Pursuant to Fed. R. App. P. 4(a)(1), (A)(B)(C). Fed. R. App. P. 10(a, b), and (4). Doc. 1714.

The Court is unable to determine what Defendant is seeking to appeal. Defendant's 2002 criminal judgment and sentence (doc. 1307) was affirmed on direct appeal (doc. 1472). Defendant filed a 2255 motion (doc. 1527) which was denied by an order filed on February 1, 2005 (doc. 1576). Defendant made an effort to appeal the denial but the appeal was dismissed for lack of jurisdiction (doc. 1691). Defendant filed another appeal (doc. 1663) that was dismissed for

lack of jurisdiction (doc. 1693).  Defendant has an appeal pending now (10-13858 C, doc. 1706).  Certificates of appealability have already been denied. See docs. 1704 and 1713.

This Court does not have the ability to readdress matters concerning Defendant's appeal of his criminal judgment or appeal of his 2255 motion.  In any event, Defendant has failed to make a substantial showing of the denial of a constitutional right.  Accordingly, it is

ORDERED AND ADJUDGED:

1.      Defendant's motion (doc. 1714) is denied.

2.      The Court will not issue a certificate of appealability.

DONE AND ORDERED this 23rd day of September, 2010.


_s/ Stephan P. Mickle_

Stephan P. Mickle
Chief United States District Judge